IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KENO C. TAYLOR,<br><br>　　　　　Defendant. | 8:12CR416<br><br>FINAL ORDER OF FORFEITURE |

　　　　This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 29). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

　　　　1. On March 29, 2013, the Court entered a Preliminary Order of Forfeiture (Filing No. 25) pursuant to the provisions of Title 18, United States Code, Sections 2421 and 2 and 2428 based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following:

　　　　a.　$4,037.00 in United States currency;

　　　　b.　Silver Sony Laptop Computer, Model #PCG3A4L;

　　　　c.　Black iPhone IV Cell Phone, Model A1349;

　　　　d.　Black Samsung Metro PCS Cell Phone, Model SCH-R910;

　　　　2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 2, 2013, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on June 4, 2013 (Filing No. 28).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 29) is hereby granted;

B. All right, title and interest in and to the following property held by any person or entity are hereby forever barred and foreclosed.

1. $4,037.00 in United States currency;

2. Silver Sony Laptop Computer, Model #PCG3A4L;

3. Black iPhone IV Cell Phone, Model A1349;

4. Black Samsung Metro PCS Cell Phone, Model SCH-R910;

C. The aforementioned property be, and the same hereby are, forfeited to the United States of America; and

D. The United States is directed to dispose of said property in accordance with law.

DATED this 5th day of June, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge